# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:
DAWN A DUNN
1313 CARLISLE AVE LOT D
BELLEFONTAINE, OH  433119029

Case No:   07-54138

Judge:   C KATHRYN PRESTON

SSN(S):   XXX-XX-3177

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   June 21, 2010

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

**Name and Address**                                                                                             **Amount**

KEYNOTE CONSULTING INC                                                                                      7.74
220 W CAMPUS DR STE 102
ARLINGTON HTS, IL  60004